IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES L. JOHNSON                                                               PLAINTIFF
ADC #114545

V.                                         NO. 2:05CV00058 JWC

DON YANCEY, et al                                                              DEFENDANTS

JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its memorandum opinion and order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 16th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE